FILED' 08 MAR 12 09:20 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ABDUL QASIM RAY ZAHIR,

        Petitioner,

    v.

U.S. DISTRICT COURT,

        Respondent.

Civ. No. 07-6274-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). No objections have been filed. This court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Findings and Recommendation (#7) is adopted. Respondent's motion to dismiss (#4) is granted.

IT IS SO ORDERED.

DATED this 11 day of March, 2008.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER